Entered: May 3, 2017
Signed: May 3, 2017

**SO ORDERED**



**ROBERT A. GORDON
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   16−27046 − RAG     Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Waveborn, Inc.
dba Waveborn, LLC, dba Waveborn
Sunglasses
8254 Lethbridge Rd.
Millersville, MD 21108

Social Security No.:

Employer's Tax I.D. No.:   46−3243145

**FINAL DECREE**

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 12/30/16.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Brian A. Goldman is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *khorning*